IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ALVIN CALHOUN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 2:20CV609 (RCY)<br>) |
| M.M. GUNTER & SON, INC.,<br>    Defendant. | )<br>)<br>) |

**ORDER**

This matter is before the Court on the parties' Stipulation for Dismissal (ECF No. 21). The Stipulation of Dismissal was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the Court that all matters of controversy have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

It is so ORDERED.

 

 

/s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: May 21, 2021